IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN JURIC, et al. | : |
| Plaintiffs, | : Civil Action No. 2:20-cv-00651-MJH |
| v. | : Honorable Marilyn J. Horan |
| DICK'S SPORTING GOODS, INC., | : Electronically Filed |
| Defendant. | : |

**STIPULATION TO DISMISS CLAIMS OF THIRTEEN PLAINTIFFS AND TO DROP THEM AS PLAINTIFFS PURSUANT TO RULE 41**

PLEASE TAKE NOTICE that the parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal without prejudice the claims of the following individuals only, who previously filed written consents to join this action as party plaintiffs pursuant to 29 U.S.C. § 216(b), and to drop them from the action as party plaintiffs: Sara Kathleen Caruso (consent filed July 9, 2020), Paul Cleminson (consent filed July 9, 2020), Daniel T. Clow (consent filed July 9, 2020), Dominic J. Creedon (consent filed July 9, 2020), Allison Elizabeth Hannon (consent filed June 11, 2020), Thomas M. Iadanza (consent filed July 9, 2020), Shaun M. Marakovits (consent filed July 9, 2020), Emily R. Matthews (consent filed June 9, 2020), Aiesha McDavid (consent filed June 11, 2020), Donald E. Scaggs (consent filed July 9, 2020), Frank V. Smith (consent filed July 9, 2020), Raymond W. Stanley (consent filed July 9, 2020), and James Stedjan (consent filed July 9, 2020).  The parties enter into this stipulation in lieu of Defendant filing a motion to compel arbitration as to the claims of these thirteen individuals.  None of the other Plaintiffs in this action is dismissing their claims against Defendant.

The parties consent to the filing of this stipulation by counsel for Plaintiffs.

Respectfully submitted this 22nd day of June 2021,

| FOR THE PLAINTIFFS: | FOR THE DEFENDANT: |
|---|---|
| */s/ Gary F. Lynch* | */s/ Robert W. Pritchard* |
| Gary F. Lynch | Robert W. Pritchard (PA # 76979) |
| CARLSON LYNCH LLP | rpritchard@littler.com |
| 1133 Penn Avenue, 5th Floor | Sarah J. Miley (PA # 314830) |
| Pittsburgh, PA 15222 | smiley@littler.com |
| glynch@carlsonlynch.com | Katelyn W. McCombs (PA # 323746) |
|  | kmccombs@littler.com |
| Justin M. Swartz | Taylor N. Brailey (PA # 324308) |
| OUTTEN & GOLDEN LLP | tbrailey@littler.com |
| 685 Third Avenue, 25th Floor | Megan A. Smith (PA # 324901) |
| New York, NY 10017 | mesmith@littler.com |
| jms@outtengolden.com |  |
|  | LITTLER MENDELSON, P.C. |
| Pooja Shethji | 625 Liberty Avenue, 26th Floor |
| OUTTEN & GOLDEN LLP | Pittsburgh, PA  15222 |
| 601 Massachusetts Ave NW, Suite 200W | 412.201.7628 / 7641 / 7654 (t) |
| Washington, DC 20001 | 412.774.2296 (f) |
| pshethji@outtengolden.com |  |
|  | *Attorneys for Defendant,* |
| Gregg I. Shavitz | *Dick's Sporting Goods, Inc.* |
| Logan Pardell |  |
| Tamra Givens |  |
| SHAVITZ LAW GROUP, P.A. |  |
| 951 Yamato Rd, Suite 285 |  |
| Boca Raton, FL 33431 |  |
| gshavitz@shavitzlaw.com |  |
| lpardell@shavitzlaw.com |  |
| tgivens@shavitzlaw.com |  |

*Attorneys for Plaintiffs*

It is so ordered this 22nd day of June 2021.

_____
Marilyn J. Horan
United States District Judge