UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN JURIC, JUSTINE STUHL, and TIMOTHY DYE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>Defendant. | No. 2:20-cv-651<br>Hon. Marilyn J. Horan |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, ENHANCEMENT PAYMENTS, AND ATTORNEY'S FEES**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Settlement, Enhancement Payments, and Attorney's Fees, and the Declaration of Justin M. Swartz in Support of Plaintiffs' Unopposed Motion for Approval of Settlement, Enhancement Payments, and Attorney's Fees and exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) Approving the $210,000 settlement set forth in the Settlement Agreement;

(2) Approving Enhancement Payments of $7,500 to each of the Named Plaintiffs;

(3) Approving Named Plaintiffs' request for one-third of the settlement fund for attorney's fees;

(4) Approving the Settlement Administrator's estimated fees and costs up to $2,500; and

(5) Incorporating the terms of the Settlement Agreement.

A proposed order is attached to this Motion.

1

Dated: January 31, 2022				Respectfully submitted,

By: */s/ Gary F. Lynch*
　　　Gary F. Lynch

**LYNCH CARPENTER LLP**
Gary F. Lynch (PA 56887)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel.: (412) 322-9243
Fax: (412) 231-0246
Email: gary@lcllp.com

**OUTTEN & GOLDEN LLP**
Justin M. Swartz* (NY 4059499)
685 Third Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 213-4596
Fax: (646) 509-2060
Email: jms@outtengolden.com

Pooja Shethji* (DC 1632574)
601 Massachusetts Ave NW, Suite 200W
Washington, DC 20001
Tel.: (202) 918-2382
Fax: (202) 847-4410
Email: pshethji@outtengolden.com

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz* (FL 11398)
Logan A. Pardell* (FL 118843)
Tamra Givens* (FL 657638)
951 Yamato Rd, Suite 285
Boca Raton, FL 33431
Tel.: (800) 616-4000
Fax: (561) 447-8831
Email: gshavitz@shavitzlaw.com
Email: lpardell@shavitzlaw.com
Email: tgivens@shavitzlaw.com

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2022 the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               */s/ Gary F. Lynch*
                                               Gary F. Lynch